**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES WATSON,

      Plaintiff,

v.                                                         Case No:   6:22-cv-1087-RBD-DCI

AVA ORLANDO, LLC.,

      Defendants.

_____

### ORDER OF DISMISSAL

This cause is before the Court upon Plaintiff's Notice of Settlement filed on August 19, 2022, (Doc. 15), indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 1, 2022.

ROY B. DALTON JR.
United States District Judge

3